April 5, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

INEOS OLEFINS & POLYMERS USA, A DIVISION OF INEOS USA LLC, Appellant

NO. 14-10-01214-CV                    V.

INTERNATIONAL PAPER AND CHOCOLATE BAYOU WATER COMPANY,
Appellees

_____

Today the Court heard appellant's motion to dismiss the cause and the appeal from the order signed by the court below on November 10, 2010. Having considered the motion and found it meritorious, we order the trial court's order granting summary judgment is set aside and the cause and this appeal are **DISMISSED** with prejudice.

We further order that costs are taxed against the party who incurred the same.
We further order this decision certified below for observance.

We further order the mandate be issued immediately.